IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                      No. CIV S-05-1628 FCD PAN P

    vs.

JEANNE WOODFORD, CDCR Director, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On August 7, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed July 28, 2006, dismissing plaintiff's amended complaint with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed July 28, 2006, is affirmed.

DATED: August 10, 2006

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL JR.
                                              United States District Judge