IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                   No. CIV S-05-1628 FCD EFB P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.               Order

_____/

    On July 28, 2006, the court dismissed plaintiff's second-amended complaint with leave to amend. On August 14, 2006, plaintiff filed a third-amended complaint.

    The amended complaint states cognizable claims for relief against defendants J. Briddle, Hibbitte, Barron, Mcquire, Glenn James, Mangis, Dickerson, Roche and Sandham. See 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

    Accordingly, it hereby is ordered that:

    1. Service is appropriate for defendants J. Briddle, Hibbitte, Barron, Mcquire, Glenn James, Mangis, Dickerson, Roche, Barron and Sandham.

    2. The Clerk of the Court shall send plaintiff ten USM-285 forms, one summons, an instruction sheet and one copy of the August 14, 2006, pleading.

1  3.  Within 30 days from service of this order, plaintiff shall complete the attached Notice
2 of Submission of Documents and submit it to the court with the completed summons and USM-
3 285 forms and 11 copies of the endorsed August 14, 2006, pleading.
4  4.  Upon receipt of the necessary materials, the court will direct the United States
5 Marshal to serve defendants J. Briddle, Hibbitte, Barron, Mcquire, Glenn James, Mangis,
6 Dickerson, Roche, Barron and Sandham pursuant to Federal Rule of Civil Procedure 4 without
7 payment of costs.
8 Dated: September 5, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\davi1628. svc ord - amended complaint

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                        No. CIV S-05-1628 FCD EFB P

    vs.

JEANNE WOODFORD, et al.,

        Defendants.                 Notice of Submission of Documents

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       __1__           completed summons form

      __10__          completed forms USM-285

      __11__  copies of the __August 14, 2006__
                             Amended Complaint

Dated:

                                       _____
                                              Plaintiff

\davi1628.notic of subm docs