IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                      No. CIV S-05-1628 FCD EFB P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                ORDER

_____/

    Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983. On September 6, 2006, the court found that plaintiff stated cognizable claims for relief against nine defendants but in the order named defendant Barron twice. Plaintiff requests clarification of that order.

    Naming defendant Barron twice was a clerical oversight. No defendant against whom plaintiff has stated a cognizable claim for relief was omitted from the specified defendants.

    So ordered.

Dated: September 25, 2006.

\davi1628.clarif

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE