IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                    No. CIV S-05-1628 FCD EFB P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 17, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2007, are adopted in full;

2. Plaintiff's October 12, 2006, motion for a temporary restraining order and a preliminary injunction is denied;

3. Plaintiff has 30 days to comply with the September 6, 2006, order directing him to submit papers necessary to effect service of process.

DATED: August 31, 2007.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE