IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                    No. CIV S-05-1628 FCD EFB P

    vs.

JEANNE WOODFORD, et al.,

      Defendants.               FINDINGS & RECOMMENDATIONS

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 31, 2007, the district judge adopted this court's July 17, 2007, findings and recommendations and denied plaintiff's October 12, 2006, motion for a temporary restraining order and a preliminary injunction. The district judge's order directed plaintiff to comply with this court's September 6, 2006, order to complete and return to the court, within 30 days, the forms necessary to effect service on defendants. The 30-day period has passed, and plaintiff has not returned the forms necessary for service of process nor responded in any way to the order.

      Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

////

1

1   These findings and recommendations are submitted to the United States District Judge
2   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3   after being served with these findings and recommendations, any party may file written
4   objections with the court and serve a copy on all parties.  Such a document should be captioned
5   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6   within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8   DATED:   November 1, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2