IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                       No. CIV S-05-1628 FCD EFB P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. This action proceeds on the August 14, 2006, second amended complaint. On September 6, 2006, the court gave plaintiff 30 days to complete and submit papers necessary to effect service of process on defendants. Plaintiff failed to comply with that order. On November 1, 2007, the court found that plaintiff's failure to submit the materials necessary to effect service of process on defendants justified dismissal and recommended that this action be dismissed without prejudice. However, plaintiff notified the court on September 14, 2007 of his intention voluntarily to dismiss this action.

    A plaintiff may dismiss an action without a court order at any time before defendants serve an answer or motion for summary judgment. Fed. R. Civ. P. 41(a). Here, defendants have not been served. Therefore, plaintiff may voluntarily dismiss this action. In light of plaintiff's

1

notice of voluntary dismissal, the November 1, 2007, findings and recommendations must be vacated and the notice of voluntary dismissal given effect

Accordingly, it hereby is ORDERED that:

1. The November 1, 2007, findings and recommendations are vacated; and,

2. The Clerk of the Court is directed to enter plaintiff's dismissal without prejudice.

Dated: November 8, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2